UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA HENRY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 04-73247

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
R. STEVEN WHALEN

FILED
SEP 13 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [18]

Before the Court are Plaintiff's motion for summary judgment [11] and Defendant's motion for summary judgment [16]. On July 8, 2005, Magistrate Judge Whalen filed a report and recommendation [18] recommending that Plaintiff's motion be denied and that Defendant's motion be granted.

The Court having reviewed the parties' pleadings and the Magistrate Judge's R&R and being otherwise advised in the premises,

IT IS HEREBY ORDERED that the report and recommendation [18] is ADOPTED as the findings of the Court.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment [11] is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

SO ORDERED.

s/ Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated: SEP 13 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on by electronic and/or ordinary mail.

s/
Case Manager